## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELA C. MOSELEY, | ) |
| | ) CAUSE NO. 1:20-cv-02232 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WALMART INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Thomas L. Davis, counsel for defendant Walmart Inc., states:

1. On July 27, 2020, plaintiff filed her Complaint for Damages and Demand for Jury Trial against defendant Walmart Inc. in the Howard County Circuit Court of Indiana, under Cause No. 34D02-2007-CT-001630.

2. Walmart Inc. is a Delaware corporation with its principal place of business in Arkansas. Walmart, Inc. is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. No publicly traded entity owns more than 10% of the company.

3. Plaintiff is a citizen of the state of Indiana.

4. The matter in controversy exceeds $75,000.00, exclusive of interests and costs; this action does not arise under the Workmen's Compensation laws of any state; is not brought against a common carrier or its receivers or trustees; does not arise under 45 U.S.C. §§ 51-60; and, therefore, this cause is removable to this Court under 28 U.S.C. § 1441(b).

5. This Notice of Removal is being filed with this Court within 30 days after the receipt of the Complaint and Summons by the defendant.

6. Copies of all process, pleadings, and orders served upon petitioner in the state court action are attached hereto. Promptly hereafter, written notice will be given to all adverse parties and to the Clerk of the Howard County Circuit Court of Indiana, that this Petition for Removal is being filed with this Court.

WHEREFORE, defendant prays that the entire state court action, under Cause No. 34D02-2007-CT-001630, now pending in the Howard County Circuit Court of Indiana, be removed to this Court for all further proceedings.

FROST BROWN TODD LLC

By: ___*/s/Thomas L. Davis*___
Thomas L. Davis, #4423-49
Attorneys for Defendant

## CERTIFICATE OF SERVICE

Service of the foregoing was made by placing a copy of the same into the United States Mail, first class postage prepaid, this 26th day of August, 2020, addressed to:

Ashley N. Dayhuff
BECK ROCKER & HABIG, P.C.
320 Franklin Street
Columbus, IN 47201

___*/s/Thomas L. Davis*___
Thomas L. Davis

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P. O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
tdavis@fbtlaw.com

LR08000.0734847  4832-6577-9912v1