# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELA C. MOSELEY, ) | |
| ) | CAUSE NO. 1:20-cv-02232-MPB-TWP |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WALMART INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties having so stipulated, the above-captioned cause of action is hereby ORDERED dismissed, with prejudice, costs paid.

Dated: March 5, 2021

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

DISTRIBUTION TO:

Distribution will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.